

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:     Ifeolumpio O. Sofola M.D. v. Aetna Health, Inc. and Aetna Life
                         Insurance Company

Appellate case number:   01-15-00387-CV

Trial court case number: 2013-76814

Trial court:             152nd District Court of Harris County

    Appellant Sofola's Emergency Motion for Stay of Trial Court Proceedings Pending Interlocutory Appeal is **DENIED**.

    It is so ORDERED.


Judge's signature: /s/ <u>Harvey Brown</u>
                        X  Acting individually     ☐ Acting for the Court


Date:  June 2, 2015